IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **ALESA DOMENECH** | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 6:21cv472-JDK |
| | § | |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | § § | |

**REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff initiated this lawsuit by filing a complaint seeking judicial review of the Commissioner's unfavorable decision concerning her entitlement to disability insurance benefits. The case is referred to the undersigned pursuant to 28 U.S.C. § 636. The Commissioner filed an Unopposed Motion to Remand (ECF 15).

The Commissioner's motion seeks a remand for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), which states:

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner asserts that further review of Plaintiff's case resulted in a determination that a remand for further administrative proceedings is warranted. The Commissioner asserts that Plaintiff does not oppose the requested relief.

**RECOMMENDATION**

It is hereby **RECOMMENDED** that the Unopposed Motion to Remand for Further Administrative Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g) (ECF 15) be

**GRANTED**. The Commissioner's final administrative decision should be **REVERSED** and the matter **REMANDED** to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

Within fourteen days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings and recommendations of the magistrate judge. 28 U.S.C. § 636(b).

A party's failure to file written objections to the findings, conclusions and recommendations contained in this Report within fourteen days after service shall bar that party from *de novo* review by the district judge of those findings, conclusions and recommendations and, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Servs. Auto. Assn.*, 79 F.3d 1415, 1430 (5th Cir.1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

So ORDERED and SIGNED this 19th day of August, 2022.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE